UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TAYLOR NICOLE RUGG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 7:26-cv-00196-WLS |

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**

On July 7, 2026, Plaintiff filed her Complaint in this matter. (ECF No. 1.) Based on the date Defendant was served, the deadline for Defendant to respond to the Complaint is September 28, 2026. Pursuant to Local Rule 6.1, the parties now file this stipulation advising the Court that Plaintiff and Defendant consent and agree that the date for Defendant's response to the Complaint shall be extended up to and including Wednesday, October 28, 2026.

Respectfully submitted this 28th day of September, 2026.

HUDSON INJURY FIRM

*s/ J. Shane Hudson*
J. Shane Hudson
Georgia Bar No. 153047
615 N. Virginia Avenue, Ste. A
P.O. Box 2520
Tifton, GA 31793
Phone: 229.396.5845
Email: jshudson@hudsoninjuryfirm.com
*Counsel for Plaintiff*

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: *s/ Bernard Snell*
Bernard Snell
Assistant United States Attorney
Georgia Bar No. 665692
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Tel.: 478.752.3511
Email: Bernard.Snell@usdoj.gov
*Counsel for Defendant*

**SO ORDERED this 30th day of September, 2026.**

W. Louis Sands

**W. Louis Sands, Sr. Judge**
**United States District Court**